UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIO ARELLANO ARVIZU,

                Petitioner,

   v.

LORETTA E. LYNCH, et al.,

                Respondents.

Case No. C16-690-JLR-BAT

**REPORT AND RECOMMENDATON**

This is an immigration habeas petition under 28 U.S.C. § 2241. Through counsel, the parties have filed a stipulated motion for voluntary dismissal without prejudice. The Court recommends that the stipulated motion, Dkt. 15, be **GRANTED** and this action be **DISMISSED** without prejudice. A proposed order accompanies this Report and Recommendation. The Clerk is directed to note this matter as immediately ready for the Honorable James L. Robart's consideration.

DATED this 4th day of October, 2016.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATON- 1