UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIO ARELLANO ARVIZU,

    Petitioner,

v.

LORETTA E. LYNCH, et al.,

    Respondents.

Case No. C16-690-JLR

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. The parties' stipulated motion for voluntary dismissal without prejudice, Dkt. 15, is **GRANTED**.

3. This action is **DISMISSED** without prejudice.

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 4th day of October, 2016.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL- 1